United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                        **NO. 3:20-cr-157-MMH-PDB**

**EUGENE STEPHAN COLE,**

    *Defendant.*

## Order Modifying Defendant's Conditions of Release

On February 16, 2021, Eugene Cole appeared before the Court to address an alleged violation of a release condition brought to the Court's attention through a memorandum from the United States Pretrial Services Office. Doc. 14 (release order), Doc. 24 (petition), Doc. 26 (show-cause order). The parties stipulated to modifying Mr. Cole's release conditions.

The Court **orders** Mr. Cole to remain released under the conditions imposed in the December 22, 2020, order, Doc. 14, and **adds** these conditions:

1. Mr. Cole must be in his residence between 10:00 p.m. and 7:00 a.m. daily and must install a landline or otherwise comply with directives of Pretrial Services for monitoring curfew.

2. Mr. Cole must refrain from any use of alcohol.

3. Mr. Cole may drive only if legally permitted to do so.

4. Mr. Cole must undergo a substance-abuse evaluation and any recommended treatment and alcohol testing.

**Ordered** in Jacksonville, Florida, on February 16, 2021.

*PATRICIA D. BARKSDALE*
*United States Magistrate Judge*

Signature of Eugene Stephan Cole: _____

Date: _____

c: Kevin Frein. Assistant United States Attorney
Janet Howard, Esquire
United States Pretrial Services
United States Marshals Service
Eugene Stephan Cole